1    TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
     tpeterson@petersonbaker.com
2    NIKKI L. BAKER, ESQ., Bar No. 6562
     nbaker@petersonbaker.com
3    PETERSON BAKER, PLLC
     701 S. 7th Street
4    Las Vegas, NV 89101
     Telephone: 702.786.1001
5    Facsimile: 702.786.1002

6    *Attorneys for Defendants Cambrex Charles City, Inc. and*
     *Cambrex North Brunswick, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   H&H PHARMACEUTICALS, LLC, a            Case No.:  2:16-cv-02946-RFB-BNW
     Nevada limited liability company,
11                                          **STIPULATION AND [PROPOSED]**
                   Plaintiff,               **ORDER TO SUSPEND DEADLINE TO**
12   v.                                     **FILE JOINT PRETRIAL ORDER**

13   CAMBREX CHARLES CITY, INC.             **(FIRST REQUEST)**
     AND/OR CAMBREX NORTH
14   BRUNSWICK, INC.; DOES I through X;
     and ROE CORPORATIONS XI through
15   XX, inclusive,

16                   Defendants.

17

18          Pursuant to Local Rules 7-1 and IA 6-1, Defendants Cambrex Charles City, Inc., and

19   Cambrex North Brunswick, Inc., (collectively, "Cambrex"), by and through its counsel of record,

20   Peterson Baker, PLLC, and Plaintiff H&H Pharmaceuticals, LLC ("H&H"), by and through its

21   counsel of record, Maier Gutierrez & Associates, hereby stipulate and agree, subject to this Court's

22   approval, as follows:

23          1.      Pursuant to the Discovery Plan and Scheduling Order [ECF No. 31], in the event

24   dispositive motions were filed, the date for the Parties to file the Joint Pretrial Order was suspended

25   until thirty (30) days after the decision on the dispositive motions or until further order of this Court.

26          2.      Pursuant to the Order to Extend Discovery Deadlines [ECF No. 43], the deadline for

27   the Parties to file the Joint Pretrial Order is July 29, 2019, with no reference to dispositive motions.

28

*PETERSON BAKER, PLLC*
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

3.      Cambrex filed its Motion for Summary Judgment [ECF No. 51] on June 27, 2019, and H&H's response to the Motion for Summary Judgment is due on or before July 18, 2019.

4.      The Parties had previously agreed, and the Court had approved, to suspend the deadline for filing a joint pretrial order, but the subsequent Order to Extend Discovery Deadlines [ECF No. 43] is ambiguous in that it does not refer to suspension of this requirement.

5.      The Parties agree that resolution of the issues that are raised in the Motion for Summary Judgment [ECF No. 51] will assist the Parties in preparing a Joint Pretrial Order, should one still be required following resolution of the Motion for Summary Judgment.

6.      The Parties desire to preserve time, energy and resources while the Motion for Summary Judgment [ECF No. 51] is pending before this Court and desire to suspend the deadline for the Parties to file the Joint Pretrial Order.  The Parties assert that judicial economy would be served by suspending the deadline for the Parties to file the Joint Pretrial Order until after a decision on the Motion for Summary Judgment [ECF No. 51] is filed or until further order of the court.

7.      This is the first request for a suspension of the deadline to file a Joint Pretrial Order pending resolution of the Motion for Summary Judgment [ECF No. 51].

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that the deadline to file the Joint Pretrial Order is suspended

///
///
///
///
///
///
///
///
///
///
///

2

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

until thirty (30) days after a decision on the Motion for Summary Judgment [ECF No. 51] is filed or until further order of the court.

Dated this 8th day of July, 2019.

PETERSON BAKER, PLLC

By: /s/ Tamara Beatty Peterson
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ.
Nevada Bar No. 6562
nbaker@petersonbaker.com
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

*Attorneys for Defendants Cambrex Charles City, Inc. and Cambrex North Brunswick, Inc.*

MAIER GUTIERREZ & ASSOCIATES

By: /s/ Stephen G. Clough
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
jag@mgalaw.com
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
sgc@mgalaw.com
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:  702.629.7925

*Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2019

3