| | |
|---|---|
| 1 | JOSEPH A. GUTIERREZ, ESQ. |
| | Nevada Bar No. 9046 |
| 2 | STEPHEN G. CLOUGH, ESQ. |
| | Nevada Bar No. 10549 |
| 3 | **MAIER GUTIERREZ & ASSOCIATES** |
| | 8816 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148 |
| | Telephone: 702.629.7900 |
| 5 | Facsimile: 702.629.7925 |
| | E-mail: jag@mgalaw.com |
| 6 | sgc@mgalaw.com |
| 7 | *Attorneys for Plaintiff H&H Pharmaceuticals, LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02946-RFB-VCF |
| Plaintiff, | **EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 51]** |
| vs. | |
| CAMBREX CHARLES CITY, INC. AND/OR CAMBREX NORTH BRUNSWICK, INC.; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, H&H Pharmaceuticals, LLC, by and through its counsel of record, MAIER GUTIERREZ & ASSOCIATES, and Cambrex Charles City, Inc. and/or Cambrex North Brunswick, Inc., (collectively, "Cambrex"), by and through its counsel of record, PETERSON BAKER, PLLC, that the deadline for Plaintiffs to file an opposition to Defendants' Motion for Summary Judgment [ECF No. 51] filed on June 27, 2019, currently due on July 18, 2019, shall be continued for ten (10) days, through and including **July 29, 2019**, and that the deadline for Defendants to file a reply brief in support of the Motion for Summary Judgment [ECF No. 51], which would be due on or before August 12, 2019, shall be continued for eleven (11) days, through and including August 23, 2019.

This is the first stipulation to extend deadline.

///

The requested extension is necessary to allow the parties sufficient time to review and appropriately respond to the motion and any opposition. Discovery is closed and this is the parties' first request for an extension related to this briefing. The extension is not intended to cause delay or prejudice to any party.

DATED this 18th day of July 2019.   DATED this 18th day of July 2019.

**MAIER GUTIERREZ & ASSOCIATES**  **PETERSON BAKER, PLLC**

   /s/ Stephen G. Clough                              /s/ Tamara Beatty Peterson   
JOSEPH A. GUTIERREZ, ESQ.  TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 9046  Nevada Bar No. 5218
STEPHEN G. CLOUGH, ESQ.  NIKKI L. BAKER, ESQ.
Nevada Bar No. 10549  Nevada Bar No. 6562
8816 Spanish Ridge Avenue  701 S. 7th Street
Las Vegas, Nevada 89148  Las Vegas, NV 89101
*Attorneys for Plaintiff H&H Pharmaceuticals, LLC*  *Attorneys for Defendants Cambrex Charles City, Inc. and Cambrex North Brunswick, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of July, 2019.